**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket No: 1:05CR00435-001 |
| WILLIAM JOSHUA WHITE | ) | |
| | ) | |

On April 25, 2011, the above-named was placed on Supervised Release for a period of 48 months. The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.

On September 16, 2013, Assistant United States Attorney Karen A. Escobar reported that she has no objection to an early termination of Supervised Release in this case. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Ross Micheli

**Ross A. Micheli
United States Probation Officer**

Dated:  October 7, 2013
Fresno, California
RAM/mca

/s/ Hubert J. Alvarez
_____

**REVIEWED BY:   Hubert J. Alvarez
Supervising United States Probation Officer**

1

**Re:     WILLIAM JOSHUA WHITE**
         **Docket No.:    1:05CR00435-01**
         **REPORT AND ORDER TERMINATING**
         **PROBATION/SUPERVISED RELEASE**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:    October 11, 2013

_____
         SENIOR  DISTRICT  JUDGE

Rev. 12/2012
EARLY TERMINATION ~ ORDER (PROB35).WPD